# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1800

_____

PETER A. DAVIS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for All Writs—Original Jurisdiction.


November 20, 2024


PER CURIAM.

DENIED. *See Bryan v. DeSantis*, 343 So. 3d 127, 129 (Fla. 1st DCA 2022) ("Because Petitioner does not allege that his petition would preserve or protect our jurisdiction in any way, he has not established any right to relief.").

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Peter A. Davis, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.